■ DELIA BERNARD, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [657 NYS2d 898] —Order, Supreme Court, New York County (Fern Fisher-Brandveen, J.), entered December 1, 1995, which granted defendant landlord's motion for summary judgment dismissing plaintiff tenant's complaint, unanimously affirmed, without costs.

Defendant did not owe plaintiff any duty to install handrails in plaintiff's bathroom. Even assuming that defendant assumed a duty to install bathtub handrails, plaintiff would still have to show that defendant's conduct placed her in a more vulnerable position than she would have been in had defendant done nothing (*see, Nallan v Helmsley-Spear, Inc.*, 50 NY2d 507, 522). There was no such evidence. Concur—Sullivan, J. P., Milonas, Nardelli, Williams and Mazzarelli, JJ.